People v Logu (2023 NY Slip Op 05667)

People v Logu

2023 NY Slip Op 05667

Decided on November 09, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 09, 2023

Before: Webber, J.P., Friedman, González, Kennedy, O'Neill Levy, JJ. 

Ind. No. 1462/16 Appeal No. 977 Case No. 2017-2059 

[*1]The People of the State of New York, Respondent,
v
Dennis Logu, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Aviva Galpert of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Conor Byrnes of counsel), for respondent.

Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered October 26, 2016, convicting defendant, upon his plea of guilty, of three counts of burglary in the second degree, and sentencing him to concurrent terms of five years, unanimously affirmed.
The court properly summarily denied defendant's motion to suppress identification testimony. The witness's identification of defendant's clothing was not a corporeal identification subject to due process protections that required a Wade hearing (see CPL 710.30[1][b]; People v Anderson , 218 AD2d 533, 534 [1st Dept 1995], lv denied 
87 NY2d 844 [1995]; People v Goodwin , 209 AD2d 228, 229 [1st Dept 1994], lv denied 85 NY2d 862 [1995]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 9, 2023